IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR58 |
| | | Judge Mazzant |
| LAMARCUS DOMONIQUE SHAW (7) a.k.a. "Peewee" | § § § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count One of the Second Superseding Indictment with a violation of 18 U.S.C. §§ 1951(a) and 2, Interfere with Commerce by Robbery, Aiding and Abetting, and Count Ten of the Second Superseding Indictment with a violation of 18 U.S.C. § 924(c)(1)(A), Using, Carrying, and Brandishing a Firearm During and in Relation to, and Possessing and Brandishing a Firearm in Furtherance of, a Crime of Violence, Aiding and Abetting in relation to Count Nine of the Second Superseding Indictment. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of these sections are:

Count One:

18 U.S.C. § 1951(a)

1. That the defendant obtained property from another without that person's consent;

2. That the defendant did so by wrongful use of actual or threatened force, violence, or fear; and

3. That the defendant's conduct in any way or degree obstructed commerce.

18 U.S.C. § 2

**Elements – Page 1**

1. That the offense of robbery was committed by some person;

2. That the defendant associated with the criminal venture;

3. That the defendant purposefully participated in criminal venture; and

4. That the defendant sought by action to make that venture successful.

Count Ten:

1. That the defendant committed the crime alleged in Count Nine; and,

2. That the defendant knowingly brandished a firearm during and in relation to the defendant's commission of the crime of violence charged in Count Nine.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

\_\_\_/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 1, 2023.

\_\_\_/s/_____
ERNEST GONZALEZ